EOD JUL 1 7 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S DISTRICT COURT

2003 JUL 16 AM 11: 48

TX EASTERN-BEAUMONT

TENASKA III TEXAS PARTNERS, LTD.

VERSUS

GENERAL ELECTRIC COMPANY and
GENERAL ELECTRIC INTERNATIONAL, INC.

CIVIL ACTION

NO. 1:02CV231

## ORDER

Came on to be considered the Motion to Dismiss Claims with Prejudice filed herein by Plaintiff. The Court, having considered said Motion, is of the opinion that it is meritorious and should be granted. Therefore,

IT IS ORDERED that all claims in these proceedings made by Plaintiffs against General Electric Company and General Electric International, Inc. be and they hereby are dismissed with prejudice, each party bearing its own costs.

Signed at Houston, Texas, this 15 day of July, 2003.

_____
JUDGE

25  195-39/pleadings/motion to dismiss